**Ralph DeMilio, Plaintiff-Appellee, v. Gladys D. Schnoor, Administrator of the Estate of Harold Schnoor, Deceased, Defendant-Appellant.**

Gen. No. 51,564.

First District, Second Division.

June 6, 1967.

otherwise judgment reversed and cause remanded for a new trial on the issue of damages. Robert G. Johnston, of Chicago, for appellant; Peterson, Bogucki & Bickley, of Chicago (George A. Beck, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.